## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HIGH POINT SARL, ) ) Plaintiff and Counterclaim ) Defendant, ) ) v. ) ) SPRINT NEXTEL ) CORPORATION, et al., ) ) Defendants and ) Counterclaimants. ) | CIVIL ACTION<br><br>Case No. 09-2269-CM-DJW |

### ORDER ADOPTING SPECIAL MASTER'S SECOND SUPPLEMENTAL REPORT AND RECOMMENDATIONS ON PRIVILEGED DOCUMENTS AFTER REVIEW OF MISLABELED DOCUMENTS

On August 23, 2012, the Special Master filed his Second Supplemental Report and Recommendations on Privileged Documents After Review of Mislabeled Documents (ECF No. 850). In the report, the Special Master reviewed a group of documents submitted by Avaya that had been mislabeled for the Special Master's prior *in camera* inspection. As a result of the Special Master's review of the mislabeled documents, he sustained Avaya's assertion of privilege with regard to all but one of the mislabeled documents.

No objections or motion to review the Special Master's Second Supplemental Report and Recommendations was filed within the 21-day time period provided in Fed. R. Civ. P. 53(f)(2). Accordingly, the Court hereby adopts in full the Special Master's recommendations contained in his Second Supplemental Report (ECF No. 850).

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 19th day of September 2012.

s/ David J. Waxse  
David J. Waxse  
U.S. Magistrate Judge

cc:     All counsel and *pro se* parties